November 21, 2013



# JUDGMENT

# The Fourteenth Court of Appeals

LASIK*PLUS* OF TEXAS, P.C AND LCA-VISION, INC., Appellants

NO. 14-12-01155-CV                              V.

FEDERICO MATTIOLI, MD, Appellee

_____

This cause, an appeal from the trial court's interlocutory order denying appellants', Lasik*Plus* of Texas, P.C. and LCA-Vision, Inc.'s, application for a temporary injunction, signed, December 12, 2012, was heard on the transcript of the record. We have inspected the record and find no error in the trial court's order. We therefore order the judgment of the court below **AFFIRMED**.

We order appellants, Lasik*Plus* of Texas, P.C and LCA-Vision, Inc., jointly and severally, to pay all costs incurred in this appeal.

We further order this decision certified below for observance.